| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>DSS5141<br>Phone: 609-645-1881<br>Attorney for Chapter 7 Trustee |

IN RE:

Rene Rios,

Debtor(s)

CAMDEN VICINAGE

Case No.: 18-33906

Judge: Hon. Jerrold N. Poslusny, Jr.

## APPLICATION FOR A CONSENT ORDER EXTENDING THE TIME FOR A TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS PURSUANT TO § 727 OF THE BANKRUPTCY CODE AND TIME TO MOVE FOR A DISMISSAL OR CONVERSION OF THE CASE PURSUANT TO § 707

**THIS MATTER** coming before the Court upon the Application of Douglas S. Stanger, Esquire, of the law firm Flaster Greenberg, P.C., counsel for Chapter 7 Trustee, Douglas S. Stanger, for entry of a Consent Order upon the consents of the Trustee for the Estate of Rene Rios (the "Debtor"), and Brian S. Thomas, Esq. on behalf of the Debtor, and the parties having consented to the entry of this Order within the bankruptcy proceeding respectfully represents as follows:

1. The Debtor filed a Chapter 7 bankruptcy petition on December 4, 2018.

2. Douglas S. Stanger was appointed as Trustee of the estate on December 4, 2018.

3. The time to object to Debtors' discharge will expire on March 11, 2019.

1

7145351 v1

4. The Trustee has yet to conduct a 341(a) Meeting of Creditors and will then require additional time to review the case and resolve issues before the expiration of the aforementioned deadline.

WHEREFORE, Douglas S. Stanger, on behalf of the Chapter 7 Trustee, respectfully requests that this Honorable Court enter the proposed form of Consent Order granting the relief set forth and additional relief as may be appropriate.

FLASTER/GREENBERG, P.C.

/s/Douglas S. Stanger
Douglas S. Stanger, Esq.

Dated: March 11, 2019

7145351 v1