Douglas S. Stanger (DS 5141)
FLASTER/GREENBERG
A Professional Corporation
646 Ocean Heights Avenue, Ste. 103
Linwood, NJ 08221
Phone: 609-645-1881
Trustee

Order Filed on March 12, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:

Rene Rios,

Debtor(s).

CAMDEN VICINAGE
Chapter 7

Case No. 18-33906-JNP

Honorable Jerrold N. Poslusny, Jr.

**CONSENT ORDER EXTENDING THE TIME FOR TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR PURSUANT TO §727 OF THE BANKRUPTCY CODE AND TIME TO MOVE FOR A DISMISSAL OR CONVERSION OF THE CASE PURSUANT TO §707 TO May 11, 2019**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: March 12, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Rene Rios
Chapter 7 Case No. 18-33906-JNP
Consent Order Extending the Time for Trustee to file a Complaint Objecting to the Discharge of Debtor pursuant to §727 of the Bankruptcy Code and Time to Move for a Dismissal or Conversion of the case Pursuant to §707 of the Bankruptcy Code to May 11, 2019

---

**THIS MATTER** having been consensually opened to the court and agreed upon by and between Douglas S. Stanger, Chapter 7 Trustee, and Brian S. Thomas, Esquire, counsel for the Debtor in the above matter, and

**IT APPEARING** that the time to object to Debtor's discharge will expire on March 11, 2019; and

**IT FURTHER APPEARING** that the Trustee has yet to conduct a 341(a) Meeting of Creditors and will then require additional time to review the case and resolve issues before the expiration of deadlines mentioned above, and for other good cause shown;

**IT IS HEREBY ORDERED** that the time the Trustee or U.S. Trustee can file a complaint objecting to the discharge of the debtor pursuant to §727 of the Bankruptcy Code and the time to move for a dismissal or conversion pursuant to §707 is hereby extended to May 11, 2019.

The form and entry of the within order
is hereby acknowledged and agreed to:

LAW OFFICES OF BRIAN S. THOMAS

BRIAN S. THOMAS, ESQUIRE

Dated: 3/8/19

Without Objection:

FLASTER/GREENBERG, P.C.

DOUGLAS S. STANGER, TRUSTEE

Dated: 3/11/19

2