Douglas S. Stanger (DS 5141)
FLASTER/GREENBERG
A Professional Corporation
646 Ocean Heights Avenue, Ste. 103
Linwood, NJ 08221
Phone: 609-645-1881
Trustee

Order Filed on March 12, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In Re:

Rene Rios,

Debtor(s).

CAMDEN VICINAGE
Chapter 7

Case No. 18-33906-JNP

Honorable Jerrold N. Poslusny, Jr.

### CONSENT ORDER EXTENDING THE TIME FOR TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR PURSUANT TO §727 OF THE BANKRUPTCY CODE AND TIME TO MOVE FOR A DISMISSAL OR CONVERSION OF THE CASE PURSUANT TO §707 TO May 11, 2019

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: March 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Rene Rios
Chapter 7 Case No. 18-33906-JNP
Consent Order Extending the Time for Trustee to file a Complaint Objecting to the Discharge of Debtor pursuant to §727 of the Bankruptcy Code and Time to Move for a Dismissal or Conversion of the case Pursuant to §707 of the Bankruptcy Code to May 11, 2019

**THIS MATTER** having been consensually opened to the court and agreed upon by and between Douglas S. Stanger, Chapter 7 Trustee, and Brian S. Thomas, Esquire, counsel for the Debtor in the above matter, and

**IT APPEARING** that the time to object to Debtor's discharge will expire on March 11, 2019; and

**IT FURTHER APPEARING** that the Trustee has yet to conduct a 341(a) Meeting of Creditors and will then require additional time to review the case and resolve issues before the expiration of deadlines mentioned above, and for other good cause shown;

**IT IS HEREBY ORDERED** that the time the Trustee or U.S. Trustee can file a complaint objecting to the discharge of the debtor pursuant to §727 of the Bankruptcy Code and the time to move for a dismissal or conversion pursuant to §707 is hereby extended to May 11, 2019.

The form and entry of the within order is hereby acknowledged and agreed to:

LAW OFFICES OF BRIAN S. THOMAS

BRIAN S. THOMAS, ESQUIRE

Dated: 2/8/19

Without Objection:

FLASTER/GREENBERG, P.C.

DOUGLAS S. STANGER, TRUSTEE

Dated: 3/11/19

2

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 18-33906-JNP
Rene Rios   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin               Page 1 of 1            Date Rcvd: Mar 12, 2019
                          Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.
db          +Rene Rios,    5 Adella Avenue,    Egg Harbor Township, NJ 08234-1851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:
          Brian S. Thomas    on behalf of Debtor Rene  Rios brian@brianthomaslaw.com
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger     on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6