UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                           Case No.: <u>18-33906-JNP</u>
                                                 Chapter: <u>7</u>
Rene Rios                                        Judge:   <u>Jerrold N. Poslusny Jr.</u>

---

NOTICE OF PROPOSED ABANDONMENT

---

<u>DOUGLAS S. STANGER, Trustee,</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable <u>Jerrold N. Poslusny Jr.</u> on May 7, 2019 at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$214,132.00  5 Adella Avenue  Egg Harbor Township, NJ  08234

Liens on property:

$430,000.00  Bayview Financial Loan/Stern & Eisenberg, PC

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name:    Douglas S. Stanger

Address:    646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.    (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-33906-JNP
Rene Rios                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Apr 03, 2019
                              Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
```
db              +Rene Rios,    5 Adella Avenue,    Egg Harbor Township, NJ 08234-1851
517905759        Lending Club,    470 Convention Way,    Redwood City, CA 94063
517905761       +Stern & Eisenberg, PC,    1040 North Kings Highway,    Cherry Hill, NJ 08034-1925
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 23:41:16     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 23:41:13     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517905755       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 03 2019 23:41:38
                 Bayview Financial Loan,    4425 Ponce De Leon Boulevard,    Miami, FL 33146-1873
517905756       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2019 23:45:28     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517905757       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2019 23:45:33     Credit One Bank,
                 PO Box 80015,    Los Angeles, CA 90080-0015
517905758       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Apr 03 2019 23:41:19     Hunter Warfield,
                 4620 Woodland Corporate Boulevard,    Tampa, FL 33614-2415
517905760       +E-mail/Text: bkr@cardworks.com Apr 03 2019 23:39:57     Merrick Bank,    PO Box 23356,
                 Pittsburgh, PA 15222-6356
517907452       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:54     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517905762        E-mail/Text: bankruptcy@td.com Apr 03 2019 23:41:18     TD Bank,    1701 Route 70 East,
                 Cherry Hill, NJ 08003
                                                                                              TOTAL: 9
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:
```
              Brian S. Thomas    on behalf of Debtor Rene  Rios brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```